IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

```
_____
                             )
LYNN HOWARD,                 )
                             )
         Plaintiff,          )
                             )
v.                           )    Civil Action No. 05-0223
                             )
FRANCIS J. HARVEY,           )
Secretary of the Army,       )
                             )
         Defendant.          )
_____)
```

### ORDER

This matter comes before the Court on Defendant's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6). It appearing to the Court that Plaintiff has filed a lengthy, rambling Complaint that pleads nothing but conclusions and fails to state a claim upon which relief can be granted, it is hereby

ORDERED that Defendant's Motion to Dismiss is GRANTED, and Plaintiff is given fourteen (14) days to file an amended complaint that sets forth his claims in numbered paragraphs and with particularity.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
January 23, 2006